05-15-00363-CV

April Smith

7857
167

Df-13-17435-Z

| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| KENDON GROOVER, ET AL | § | 256th JUDICIAL DISTRICT |
| | § | |
| MINOR CHILDREN | § | DALLAS COUNTY, TEXAS |

## ORDER ON MOTION FOR TRIAL COURT TO APPOINT APPEALS ATTORNEY

The Court finds that JACOBI LEE WEATHERSBY is indigent and that the Motion for Trial Court to Appoint Appeals Attorney should be granted.

IT IS ORDERED and DECREED that the attorney named below:

Name: April E. Smith

Address: P.O. Box 870550

City, State, Zip: Mesquite, TX 75187-050

Phone: 972-613-5751

Fax: _____

FILED IN
COURT OF APPEALS

MAY 0 7 2015

LISA MATZ
CLERK, 5th DISTRICT

is appointed to represent the parent named below in an appeal to the 5th Court of Appeals, Dallas County, Texas:

Name:                JACOBI LEE WEATHERSBY

SIGNED this ___2___ day of February, 2015.

JUDGE PRESIDING

DF-13-17435
OAATTY
ORDER - APPOINT ATTORNEY
770451

1